DINA L. SANTOS, SBN 204200
A PROFESSIONAL LAW CORP.
455 Capitol Mall Suite 802
Sacramento, CA 95814
Telephone: (916) 447-0160
Email: defense@dinasantos.com

Attorney for
Francisco Gonzalez Navaro

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FRANCISCO GONZALEZ NAVARRO,<br>Defendant. | CASE NO. 26 MJ 00162 CKD<br><br>STIPULATION FOR EXTENSION OF TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUSION OF TIME<br><br>DATE: December 17, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Riordan |

Plaintiff United States of America, by and through its attorney of record, Assistant United States Attorney Brenna Bush, and Attorney Dina Santos, counsel for defendant Francisco Gonzalez Navarro, both individually and by and through his counsel of record, Dina Santos, hereby stipulate as follows:

1. The Complaint in this case was filed on October 29, 2026, and defendant first appeared before a judicial officer of the Court in which the charges in this case were pending on October 30, 2026. By previous order, the court set a preliminary hearing date of November 12, 2026.

2. By this stipulation, the parties jointly move for an extension of time of the preliminary hearing date to December 17, 2026, at 2:00 p.m., before the duty Magistrate Judge, pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The parties stipulate that the delay is required to allow the defense reasonable time for preparation, and for the government's continuing investigation of the case. The parties further agree that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. The parties agree that good cause exists for the extension of time, and that the extension

of time would not adversely affect the public interest in the prompt disposition of criminal cases. Therefore, the parties request that the time between November 12, 2026 and December 17, 2026, be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv), Local Code T-4.

IT IS SO STIPULATED.

Dated: November 5, 2026

ERIC GRANT
United States Attorney

/s/ BRENNA BUSH
BRENNA BUSH
Assistant United States Attorney

Dated: November 5, 2026

/s/ DINA SANTOS
DINA SANTOS
Counsel for Defendant
FRANCISCO GONZALEZ NAVARRO

DINA L. SANTOS, SBN 204200
A PROFESSIONAL LAW CORP.
455 CAPITOL MALL SUITE 802
SACRAMENTO, CA 95814
(916) 447-0160
Email: defense@dinasantos.com

Attorneys for
Francisco Gonzalez Navarro

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>FRANCISCO GONZALEZ NAVARRO,<br><br>Defendant. | CASE NO. 26 MJ 00162 CKD<br><br>[~~PROPOSED~~] FINDINGS AND ORDER EXTENDING TIME FOR PRELIMINARY HEARING PURSUANT TO RULE 5.1(d) AND EXCLUDING TIME<br><br>DATE: December 17, 2026<br>TIME: 2:00 p.m.<br>COURT: Hon. Riordan |

The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 16, 2020. The Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order, demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule 5.1(d) of the Federal Rules of Criminal Procedure. The Court further finds good cause to continue the defendant's motion for bail review.

Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A). The Court further finds that the extension of time would not adversely affect the public interest in the prompt disposition of criminal cases.

THEREFORE, FOR GOOD CAUSE SHOWN:

1. The date of the preliminary hearing is extended to December 17, 2026, at 2:00 p.m.

2. The time between November 12, 2026, and December 17, 2026, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3. Defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: November 6, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE